107 F.3d 8
 Narong Tongchinsub, Helen Tongchinsub, Alex Tongchinsub,
Seth Tongchinsub, Narissa Tongchinsub, Minors by
their Partners and Natural Guardians
Narong Tongchinsub, Helen Tongchinsub
v.
Willaim R. Gavlak, Aileen Ann Gavlak, James Gavlak, Irene
Sala, Stanley Sala, Carroll Township, Richard L. Solomon, as
Police Officer, Dean Sento, as Police Officer, Dean Sento,
as Police Officer, Robert Kurty, as Police Officer, Howard
Springer, as Chief of Police
 NO. 96-3401
United States Court of Appeals,
Third Circuit.
 Jan 24, 1997
 
 Appeal From: W.D.Pa. , No. 92-00543 ,
 Ambrose, J.,
 
 Appealing after remand 65 F.3d 164
 
 1
 Affirmed.